**Order filed December 6, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00563-CV

_____

### D & R ENTERPRISE, INC., Appellant

### V.

### SCF RC FUNDING IV, LLC; ESSENTIAL PROPERTIES REALTY TRUST, LLC (A/K/A) SCF REALTY CAPITAL LLC AND MESA FORTUNE, INC.; US ASSETS ACQUISITIONS, LLC D/B/A US ASSETS, LLC; US ASSETS, INC.; JEFFEREY LOVE A/K/A JEFF LOVE; DAVID FETTNER; AND GREG SEIBERT, Appellees

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-47415**

## ORDER

The reporter's record in this case was due November 28, 2022. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the

record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the official court reporter of the 152nd District Court to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.